An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL CHARLES MITCHELL A/K/A MICHAEL MITCHELL D/B/A OMNIBUILT,
Appellant,
vs.
HD SUPPLY FACILITIES MAINTENANCE, LTD.,
Respondent.

No. 64845

**FILED**

OCT 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On August 7, 2014, this court gave proper person appellant 40 days to file and serve his civil proper person appeal statement. Appellant's civil appeal statement was due in this court by September 16, 2014. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Mark R. Denton, District Judge
     Michael Charles Mitchell
     Dubowsky Law Office, Chtd.
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34172